IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10120
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JAVIER OROZCO-RAMIREZ,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:92-CR-274-P
- - - - - - - - - -
October 25, 1996
Before GARWOOD, JOLLY, and DENNIS, Circuit Judges:

PER CURIAM:[*]

    Javier Orozco-Ramirez appeals his sentence for conspiracy to distribute 100 grams or more of heroin.  He objects to the amount of heroin attributed to him by the district court and also contends that the court erred by basing its drug-quantity findings upon evidence from a codefendant's trial.

    Our review of the record and the arguments and authorities convinces us that no reversible error was committed.  The

_____

    [*]  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

district court's finding that the quantity of heroin attributed to Orozco-Ramirez included the additional 100 or 200 ounces of heroin that he intended to sell was based on "reasonably reliable" evidence.  See United States v. Davis, 76 F.3d 82, 84 (5th Cir. 1996).  Furthermore, the district court's possible reliance on evidence from another trial did not rise to the level of plain error.  See United States v. Calverley, 37 F.3d 160,162-64 (5th Cir. 1994) (en banc).

AFFIRMED.